UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 27 2005 ★
BROOKLYN OFFICE

| UNITED STATES OF AMERICA | § | DEFAULT JUDGMENT |
|---|---|---|
|  | § |  |
| vs. | § |  |
|  | § | Civil Action No.: CV-05-0720 |
| MARIA E. NATAL | § | Hon. Edward R. Korman |
|  | § |  |

Because Maria E. Natal failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Maria E. Natal, residing at 527 Knickerbocker Av, Brooklyn, NY 11221:

**Claim No. C99-04297W:**
| | |
|---|---|
| Principal Balance | $2,836.01 |
| Total Interest Accrued | $3,448.58 |
| Administrative Charges | $15.00 |
| Attorney Fees | $.00 |
| Less Credits (Debtor Payments) | $.00 |
| Subtotal Owed | $6,299.59 |
| Filing Fees Pursuant to | |
| 28 U.S.C. Section 2412(a)(2) | $250.00 |
| Total Due | $6,549.59 |

Dated: Brooklyn, New York
May 20 2005

s/Edward Korman
Hon. Edward R. Korman
United States District Judge

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.